**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7113**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TARUS D. OWENS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CR-97-150, CA-00-135)

---

Submitted:  December 20, 2000          Decided:  January 26, 2001

---

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Tarus D. Owens, Appellant Pro Se.  Harvey Lee Bryant, III, Assistant United States Attorney, Robert Francis Porcarelli, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tarus D. Owens appeals the district court's order construing his Fed. R. Civ. P. 59(e) motion as a 28 U.S.C.A. § 2255 (West Supp. 2000) motion and dismissing the motion as successive. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Owens</u>, Nos. CR-97-150; CA-00-135 (E.D. Va. June 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2